IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> -against- <br><br> FOOD VENTURES NORTH AMERICA, INC., D/B/A WILD FORK FOODS, <br><br> Defendant. | Civil Action No. 1:21cv21389 <br><br> COMPLAINT <u>AND DEMAND FOR JURY TRIAL</u> <br><br> <u>INJUNCTIVE RELIEF SOUGHT</u> |

This is an action under Title VII of the Civil Rights Act of 1964 ("Title VII") and Title I of the Civil Rights Act of 1991 ("Title I") to correct unlawful employment practices for harassment on the basis of national origin and race and retaliation for reporting of the same, and to provide appropriate relief to Charging Party Belen Estacio ("Charging Party" or "Estacio"), who was adversely affected by such practices.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3), and Section 102 of Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the U.S. District Court for the Southern District of Florida, Miami Division.

## PARTIES

3. EEOC is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3), and Section 102 of Civil Rights Act of 1991, 42 U.S.C. § 1981a.

4. Food Ventures North America, Inc., d/b/a Wild Fork Foods, Inc. ("Wild Fork Foods") has, at all relevant times, continuously done business in Florida, with its main office located in Miami (Doral), Florida.

5. Wild Fork Foods has, at all relevant times, continuously had at least 15 employees.

6. Wild Fork Foods has, at all relevant times, continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g), and (h) of Title VII, 42 U.S.C. § 2000e(b), (g), and (h).

## CONDITIONS PRECEDENT

7. More than 30 days prior to the institution of this lawsuit, Ms. Belen Estacio filed a Charge of Discrimination with EEOC alleging that Wild Fork Foods violated Title VII.

8. EEOC issued a Letter of Determination on October 14, 2020, finding reasonable cause to believe that Ms. Estacio was subjected to a hostile work environment on the basis of national origin and race, and that her employment was constructively discharged in violation of Title VII.

9. Prior to initiating this lawsuit, EEOC attempted to correct the unlawful employment practices alleged herein through informal methods of conciliation, conference,

and persuasion, to remedy the discriminatory practices and provide appropriate relief.

10. All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF FACTS

11. Wild Fork Foods operates retail locations selling snap frozen beef, pork, chicken, and seafood products.

12. Ms. Estacio is of Venezuelan descent.

13. Ms. Estacio was employed by Wild Fork Foods from on or about June 6, 2018 until Wild Fork Foods constructively terminated her employment on or about November 29, 2018.

14. Throughout Ms. Estacio's Wild Fork Foods employment, she was qualified for her position and performed her duties in a professional and competent manner.

15. Wild Fork Foods discriminated against Ms. Estacio by subjecting her to severe and pervasive slurs regarding Hispanic people which created a hostile work environment for her based on her national origin and race.

16. Ms. Estacio complained to Wild Fork Foods human resources personnel of how she was being treated which resulted in her being retaliated against and being subjected to intensified harassment based on national origin and race.

17. As a result of the harassment based on her national origin and race and retaliation for complaining, Ms. Estacio was constructively discharged from her employment on or about November 29, 2018.

## STATEMENT OF CLAIMS

18. Paragraphs 11 through 17 are fully incorporated herein.

19. Wild Fork Foods engaged in unlawful employment practices, in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a), by subjecting Ms. Estacio to a hostile work environment on the basis of national origin and race.

20. Wild Fork Foods engaged in unlawful employment practices, in violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a), by retaliating against Ms. Estacio for complaining of how she was treated which resulted in her being subjected to intensified harassment.

21. The effect of the practices complained of in Paragraphs 13 through 17, above, has been to affect the terms and conditions of employment for Ms. Estacio, to deprive Ms. Estacio of equal employment opportunities, and to otherwise adversely affect her status as an employee because of national origin and race which culminated in her constructive discharge.

22. The unlawful employment practices complained of in Paragraphs 13 through 17, above, were done intentionally and with malice and/or with reckless indifference to Ms. Estacio's federally protected rights.

## PRAYER FOR RELIEF

WHEREFORE, EEOC respectfully requests that this Court:

A. Grant a permanent injunction enjoining Wild Fork Foods, its officers, directors, agents, managers, supervisors, employees, and all persons in active concert or participation with them, from participating in discriminatory conduct based on national origin and race, including, but not limited to, permitting a hostile work environment based on national origin and race and/or retaliating against employees who engage in statutorily protected activity in

the workplace;

B. Order Wild Fork Foods to institute and implement policies, practices, and programs which provide equal employment opportunities for people of different races and national origins;

C. Order Wild Fork Foods to make Ms. Estacio whole by providing appropriate back-pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including, but not limited to, reinstatement of Ms. Estacio or front pay in lieu thereof;

D. Order Wild Fork Foods to make Ms. Estacio whole, by providing compensation for past and future pecuniary and non-pecuniary losses resulting from the unlawful employment practices described above, including, but not limited to, emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial;

E. Order Wild Fork Foods to pay Ms. Estacio punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial;

F. Grant such further relief as the Court deems necessary and proper in the public interest; and

G. Award EEOC its costs of this action.

## JURY TRIAL DEMAND

EEOC requests a jury trial on all questions of fact raised by its Complaint.

Dated: April 12, 2021

                                              U.S. EQUAL EMPLOYMENT
                                              OPPORTUNITY COMMISSION

GWENDOLYN YOUNG REAMS
Associate General Counsel

131 M Street, N.E.
Washington, DC 20507

ROBERT E. WEISBERG
Regional Attorney
Florida Bar No. 285676

BEATRIZ BISCARDI ANDRE
Supervisory Trial Attorney
New York Bar No. 4394599


/s/ Ana Consuelo Martinez
ANA CONSUELO MARTINEZ
Trial Attorney
Government Bar No. A5501912

U.S. EEOC
Miami District Office
100 SE 2nd Street, Suite 1500
Miami, Florida 33131
Tel: (786) 648-5791
Fax: (305) 808-1835
ana.martinez@eeoc.gov

*Attorneys for Plaintiff*